UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Kerri A. Gannon,            \*
    Plaintiff            \*
                        \*
v.                                    \*    Case No. 1:20-cv-00859-PB
                        \*
Catholic Medical Center,    \*
    Defendant            \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-entitled action hereby stipulate that said action be dismissed with prejudice pursuant to F. R. Civ. P. 41 (a)(1) (A)( ii) and F. R. Civ. P. 41 (a)(1) (a)(B) and without costs.  All rights of appeal are hereby waived.

| | |
|---|---|
| Respectfully submitted,<br>KERRI A. GANNON<br>By her attorneys, | Respectfully submitted,<br>CATHOLIC MEDICAL CENTER<br>By its attorneys, |
| /s/ Benjamin T. King<br>Benjamin T. King, NH Bar #12888<br>DOUGLAS, LEONARD & GARVEY, P.C.<br>14 South Street, Suite 5<br>Concord, NH 03301<br>(603) 224-1988<br>benjamin@nhlawoffice.com | /s/ K. Joshua Scott<br>K. Joshua Scott, NH Bar #17479<br>JACKSON LEWIS, P.C.<br>100 International Drive, Suite 363<br>Portsmouth, NH 03801<br>(603) 559-2700<br>joshua.scott@jacksonlewis.com |
| Date:  May 2, 2022 | Date:  May 2, 2022 |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served this date upon all counsel of record via the ECF filing system.

                                                /s/ Benjamin T. King
                                                Benjamin T. King